UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUNAID RAMSEY HALL,<br><br>                Plaintiff,<br>     v.<br><br>PIERCE COUNTY, *et al.*,<br><br>                Defendant. | CASE NO. 3:25-cv-05747-RAJ-GJL<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Grady J. Leupold. Plaintiff Junaid Ramsey Hall is an inmate proceeding *pro se* in this civil rights action. The Court, having reviewed Plaintiff's Application to Proceed *In Forma Pauperis* ("IFP"), hereby finds and **ORDERS** as follows:

    (1)    Plaintiff's IFP application, letter regarding his trust account, and declaration provided in response to the Court's Order to Show Cause indicate he is unable to afford the Court's filing fee or give security therefore.[1] Dkts. 1; 1-2; 6. Accordingly, Plaintiff's Application

---

[1] Plaintiff did not file a certified copy of his prison trust account statement in support of his IFP application and, instead, filed a letter explaining why he was unable to obtain that document. Dkt. 1-2. While the Court grants IFP

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS - 1

1  to Proceed *In Forma Pauperis*, Dkt. 1, is **GRANTED**. The Clerk of Court is directed to file the
2  proposed complaint. As set forth below, an initial partial filing fee will be collected, and Plaintiff
3  is thereafter required to make monthly payments of 20 percent of the preceding month's income
4  credited to his account until the full amount of the filing fee is satisfied.

5  (2) Pursuant to 28 U.S.C. § 1915, and Plaintiff's approved Application to Proceed *In*
6  *Forma Pauperis*, the agency having custody of the above-named Plaintiff is directed to calculate
7  an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly
8  deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account
9  for the 6-month period immediately preceding the date of this Order. The initial partial filing fee
10 should be forwarded to the Clerk of Court as soon as practicable.

11 Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
12 custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
13 prisoner's preceding month's income credited to the prisoner's account. If the monthly payment
14 would reduce the prisoner's account below $10.00, the agency should collect and forward only
15 that amount which would reduce the prisoner's account to the $10.00 level. Please note this
16 $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly
17 payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for
18 this matter has been paid.

19 (3) The Clerk is directed to send a copy of this Order to Plaintiff and to the financial
20 officer of this Court. The Clerk is also directed to send a copy of this Order and a copy of

---

status in this case, Plaintiff is advised that he may be required to submit a copy of his prison trust account statement if later ordered by the Court.

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2

Plaintiff's Acknowledgment and Authorization portion of the IFP application to the agency having custody of Plaintiff.

Dated this 10th day of September, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS - 3