UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUNAID RAMSEY HALL,<br><br>    Plaintiff,<br><br> v.<br><br>PIERCE COUNTY, *et al.*,<br><br>    Defendants. | CASE NO. 3:25-cv-05747-RAJ-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court ADOPTS the R&R.

(2)   This case is DISMISSED under 28 U.S.C. § 1915 for failure to state a claim.

(3)   The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 5th day of December, 2025

*(signature)*

The Honorable Richard A. Jones
United States District Judge